**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michelle Needler, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:12-cv-40089-TSH |
| | : |
| Diversified Collection Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**AMENDED NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 11, 2013

                                                  Respectfully submitted,

                                                  PLAINTIFF, Michelle Needler

                                                  /s/ Sergei Lemberg

                                                  Sergei Lemberg, Esq.
                                                  B.B.O. No.: 650671
                                                  **LEMBERG & ASSOCIATES L.L.C.**
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (203) 653-3424
                                                  slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg
                                            Sergei Lemberg